UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

OWEN HARTY

    Plaintiff

VS.

BULL'S HEAD REALTY, and
JAMES GRUNBERGER

    Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL ACTION NO.
3:11 CV 01760(VLB)

April 11, 2013

## OBJECTION TO PLAINTIFF'S REQUEST OF ENTRY UPON LAND FOR INSPECTION AND OTHER PURPOSES

Pursuant to Rule 34(b)(2)(c) of the Federal Rules of Civil Procedure, the defendants object to the plaintiff's Request of Entry Upon Land for Inspection and Other Purposes as it is overly broad based upon the allegations set forth in the Complaint. In support of this motion, the defendant represents as follows:

The plaintiff, Owen Harty, commenced this action against the defendants pursuant to the Americans With Disabilities Act, 42 U.S.C. §12181. The plaintiff has requested an inspection of portions of the defendant's property, as set forth in detail in its March 12, 2013 request.

The plaintiff has set forth certain alleged ADA violations in paragraph 7 of the complaint, none of which relate to any interior portions of the defendants' property. The defendants do not object to an inspection of the property to the extent it seeks to inspect the exterior portion of the property alleged in the Complaint. The defendant objects to allowing entry upon the land in order to inspect any portion of the property, including any interior portions of the property, that are not within the allegations set forth in the Complaint.

As a result, the defendants are willing to allow an inspection as to items 1, 3, 4, 5, and 6, to the extent that the inspection is limited to the exterior conditions of the property. The defendants object to item 2 in its entirety, and items 4 through 6 to the extent these areas involve the interior portion of the property.

4/11/13
Date

MICHAEL S. LYNCH (ct02728)
LEWIS S. LERMAN (ct05500)
BAI, POLLOCK, BLUEWEISS
& MULCAHEY, P.C.
TWO CORPORATE DR.
SHELTON, CT 06484
(203) 925-8100

## CERTIFICATION

This is to certify that a copy of the foregoing has been filed with the Court via the electronic court filing system (ECF) on _____, 2013. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Anthony V. Zeolla, Esq.
The Zeolla Law Firm
111 Tamara Circle
Avon, CT 06001

John F. Ward, Esq.
Thomas B. Bacon, P.A.
200 Country Club Rd.
Royersford, PA 19468

Attorney Susan Schneiderman
496 W. McKinley Ave.
Bridgeport, CT 06604

Michael S. Lynch
Lewis S. Lerman